UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

GARY LEE BISHOP,

Petitioner,

v.

Warden BERT MOHS,

Respondent.

Civil File No. 01-636 (JMR/FLN)

**REPORT AND RECOMMENDATION**

Petitioner commenced this action on April 12, 2001, by filing an application for habeas corpus relief under 28 U.S.C. § 2254. The matter has been referred to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1(c).

On May 8, 2001, Petitioner filed a one-page "Motion to Dismiss," (Docket No. 5), requesting that this action be dismissed without prejudice. Petitioner apparently has decided not to seek federal habeas corpus relief at this time, but will instead pursue certain state court remedies that may be available for one or more of the claims raised in his current petition.

The respondent in this matter has not yet been ordered to file an answer to the petition, nor has respondent entered any appearance in this action to date. Petitioner is therefore entitled to voluntarily dismiss his petition at this time, pursuant to Fed.R.Civ.P. 41(a). While a motion and order may not be strictly necessary to effect a dismissal under Rule 41(a), the Court will nevertheless recommend that Petitioner's motion be granted, and that an order be entered showing that the action is being dismissed without prejudice.

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

1. Petitioner's "Motion To Dismiss," (Docket No. 5), be GRANTED; and

2. This action be DISMISSED WITHOUT PREJUDICE.

DATED: May 14, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.